PER CURIAM.

(No. 74-CC-880—

OFFICE EQUIPMENT CO., OF CHICAGO, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed December 31, 1974.*

OFFICE EQUIPMENT CO. OF CHICAGO, Claimant, pro
se.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-202—

WALTERS-CAHILL CONSTRUCTION CO., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed December 31, 1974.*

KELLER & MAGDICH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.